UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carlos F., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, Attorney General; Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; Marcos Charles, Acting Executive Associate Director for Enforcement and Removal Operations; Peter Berg, Field Office Director for Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; and John Doe, Local Detention Authority, <br><br> Respondents. | No. 26-cv-0469 (SRN/EMB) <br><br><br> **ORDER** |

Nicholas Ratkowski, Ratkowski Law PLLC, 332 Minnesota St., Ste. W1610, Saint Paul, MN 55101, for Petitioner

Matthew Isihara, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Respondents

SUSAN RICHARD NELSON, United States District Judge

      Before the Court are Petitioner Carlos F.'s Petition for a Writ of Habeas Corpus ("Petition") [Doc. No. 1], and Respondents' Motion to Dismiss or Transfer [Doc. No. 6].

1

Petitioner Carlos F. filed his Petition on January 20, 2026, seeking relief related to his immigration detention. At the time he filed his Petition, he was detained in Minnesota. (Pet. ¶ 10.) Subsequently, Respondents transferred Carlos F. from Minnesota to Texas. (Resp'ts' Mot. to Dismiss or Transfer at 1.)

Because Carlos F. is no longer in Minnesota, Respondents move to dismiss the Petition for lack of jurisdiction or to transfer venue to the "United States District Court for the District of Texas" under 28 U.S.C. § 1406(a). (Resp'ts' Mot. to Dismiss or Transfer at 1.) In support of their Motion to Dismiss or Transfer, Respondents submit the Declaration of William J. Robinson, United States Immigration and Customs Enforcement (ICE) Deportation Officer [Doc. No. 8]. Mr. Robinson attests that on January 26, 2026, at approximately 1:15 p.m., ICE released Carlos F. from custody in El Paso, Texas, and transferred him to the custody of the El Paso County Sheriff's Office on a criminal warrant from Minnesota. (Robinson Decl. ¶ 5.)

In light of the pending criminal proceedings against Carlos F., he is no longer in Respondents' custody, and habeas relief from his immigration detention is no longer applicable. Due to these materially changed circumstances, **IT IS HEREBY ORDERED THAT**:

1. Carlos F.'s Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED WITHOUT PREJUDICE**; and

2. Respondents' Motion to Dismiss or Transfer [Doc. No. 6] is **DENIED AS MOOT**.

Dated: February 12, 2026                s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge