## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Carlos F., | No. 26-cv-0469 (SRN/EMB) |
| Petitioner, | |
| v. | |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; Marcos Charles, Acting Executive Associate Director for Enforcement and Removal Operations; Peter Berg, Field Office Director for Enforcement and Removal Operations; U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; and John Doe, Local Detention Authority, | **ORDER TO SHOW CAUSE** |
| Respondents. | |

Nicholas Ratkowski, Ratkowski Law PLLC, 332 Minnesota St., Ste. W1610, Saint Paul, MN 55101, for Petitioner

Matthew Isihara, U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, for Federal Respondents

SUSAN RICHARD NELSON, United States District Judge

Pursuant to the Court's February 17, 2026 Order [Doc. No. 13] granting Petitioner Carlos F.'s Motion to Reconsider [Doc. No. 10], Respondents were ordered to respond to Petitioner's Declaration [Doc. No. 11] no later than February 22, 2026, with reliable evidence regarding whether Carlos F. is currently in ICE or criminal custody, where he is

1

currently detained, and if not in Minnesota, when he will be transported back to Minnesota. (Feb. 17, 2026 Order at 3.)  The Court further ordered that Respondents' memorandum must be supported by exhibits, as a sworn declaration alone would be insufficient.  (*Id.*)

The deadline expired three days ago.  Respondents have failed to respond to the Court's Order, nor have they provided the Court with any explanation for their noncompliance.

Therefore, **IT IS HEREBY ORDERED THAT**:

1. Respondents shall file a response to this Order **no later than 5:00 p.m. on February 27, 2026**, showing cause why they shall not be held in contempt of Court for failing to comply with the Court's February 17, 2026 Order.

2. Petitioner may respond to Respondents' response **no later than 5:00 p.m. on March 1, 2026**.

3. A show-cause hearing will be held via video conference on **Monday, March 2, at 9:00 a.m. CST**.  The Court will provide a Zoom link in advance of the hearing.

Dated: February 25, 2026                                  s/Susan Richard Nelson
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge