


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

02/26/2026 13:24 EST                                                                                                   Page 1 of 2

**CASE NUMBER**
EP05CR26MS0009

**CASE OPENED**
████████

**CURRENT CASE TITLE**
Collateral from [Saint Paul, MN] to [El Paso, TX]:...

**REPORT TITLE**
Arrest of Carlos Antonio FLORES-Miguel

**REPORTED BY**
████████
SPECIAL AGENT

**APPROVED BY**
████████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/4/2026

**SYNOPSIS**

On January 26, 2026, HSI El Paso, Homeland Security Task Force, received a collateral request from HSI St. Paul regarding an arrest warrant for Carlos FLORES-Miguel. The federal arrest warrant was issued on January 23, 2026, in the District of Minnesota.

The following report of investigation details the arrest of Carlos Antonio FLORES-Miguel.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Collateral from [Saint Paul, MN] to [El Paso, TX]:... | EP05CR26MS0009-001 | 2/4/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/26/2026 13:24 EST                                                                                           Page 2 of 2

## DETAILS OF INVESTIGATION

On January 26, 2026, HSI El Paso, Homeland Security Task Force, received a collateral request from HSI St. Paul regarding an arrest warrant for Carlos FLORES-Miguel.  The federal arrest warrant was issued on January 23, 2026, in the District of Minnesota.

The following report of investigation details the arrest of Carlos Antonio FLORES-Miguel.

On January 26, 2026, HSI SAs executed an arrest warrant on FLORES. FLORES had an arrest warrant out of the District of Minnesota for violating 18 USC 1114, FLORES was booked into the El Paso County Jail in El Paso, Texas, and will be extradited to Minnesota once all judicial requiremnts are completed in the Western District of Texas.

On January 30, 2026, FLORES waived his identity hearing in the Western District of Texas.

The case is now closed.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Collateral from [Saint Paul, MN] to [El Paso, TX]:... | EP05CR26MS0009-001 | 2/4/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.