# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

### SHOW CAUSE HEARING

| | |
|---|---|
| **CARLOS F.,** )<br><br>                   Petitioner,  )<br><br>         v.                  )<br><br>**PAMELA BONDI**  )<br>*Attorney General*  )<br><br>**KRISTI NOEM**  )<br>*Secretary of Homeland Security*  )<br><br>**TODD LYONS**  )<br>*Acting Director of U.S. Immigration & Customs Enforcement*  )<br><br>**MARCOS CHARLES**  )<br>*Acting Executive Associate Director for Enforcement and Removal Operations*  )<br><br>**PETER BERG**  )<br>*Field Office Director for Enforcement and Removal Operations*  )<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**  )<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**  )<br><br>**JOHN DOE**  )<br>*Local Detention Authority*  )<br><br>               Respondents.  ) | **MINUTES**<br><br>**CASE NO**:          26-CV-469 (SRN/EMB)<br><br>**DATE**:          Monday, March 2, 2026<br><br>**COURT REPORTER**: Nancy Meyer<br><br>**COURTHOUSE**:          Saint Paul<br><br>**COURTROOM**:          Electronic (Zoom) Hearing<br><br>**TIME**:          9:00 a.m. – 9:30 a.m.<br><br>**TIME IN COURT**:    Thirty (30) Minutes |

Before The Honorable Susan Richard Nelson, United States District Judge

**APPEARANCES**:
　　For Petitioner:　　Nicholas Ratkowski

　　For Respondents:　Matthew Isihara, US Attorney's Office
　　　　　　　　　　　Joseph Teirab, US Attorney's Office

**PROCEEDINGS:**
　　Mr. Isihara testified as to proceedings in this matter.

The Court took matters addressed at the hearing under advisement.

Written Order to follow.

Date:   <u>Monday, March 3, 2026</u>

<u>*s/CRD*</u>
Courtroom Deputy to
The Hon. Susan Richard Nelson