IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| Carlos Antonio Flores Miguel, | Case No.: 26-CV-469-SRN-EMB |
| Petitioner | |
| v. | **JOINT MOTION TO RECONSIDER** |
| Pamela Bondi, Attorney General; et al., | |
| Respondents. | |

**MOTION**

Petitioner and Federal Respondents agree and jointly stipulate to and move for the reconsideration of the most recent order dismissing this habeas petition (Doc. 25) for the purposes of addressing the merits of the underlying habeas corpus petition.

The Court dismissed the petition on March 4, 2026 because Petitioner was not then in ICE's custody, and was instead in the custody of the U.S. Marshal Service. On March 5, 2026, however, Petitioner was transferred from the USMS's custody to ICE's custody, which the USMS confirmed on March 6, 2026. Petitioner remains detained in Texas.

The parties stipulate to a briefing schedule wherein Respondents will submit a response to the petition no later than 5:00 p.m. on March 10, 2026. If Petitioner wishes to submit a reply, he will do so no later than 10:00 p.m. on March 10, 2026.

Respondents reserve the right to object to venue under *Rumsfeld v. Padilla*, 542 U.S. 426 (2004).

DATED: March 8, 2026                                  Respectfully submitted,

                                                             **RATKOWSKI LAW PLLC**

/s/ *Nico Ratkowski*
Nico Ratkowski (Atty. No.: 0400413)
332 Minnesota Street, Suite W1610
Saint Paul, MN 55101
P: (651) 755-5150
E: nico@ratkowskilaw.com

*ATTORNEY FOR PETITIONER*


DANIEL ROSEN
UNITED STATES ATTORNEY

s/        Matt Isihara
BY: Matthew Isihara
Special Assistant United States Attorney
Bar No.: 422257 (Georgia)
United States Attorney's Office
District of Minnesota
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 664-5600
Email: Matthew.Isihara@usdoj.gov

*ATTORNEYS FOR RESPONDENTS*