UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 26-CV-469 (SRN/EMB)

Carlos F.,

    Petitioner,                        **PROPOSED ORDER**

v.

Pamela Bondi, et al.,

    Respondents.

The parties, having jointly filed a stipulation and motion for reconsideration of this Court's Order [Doc. No. 25] dismissing the petition,

**IT IS HEREBY ORDERED THAT:**

1. The Joint Motion for Reconsideration [Doc. No. 26] is **GRANTED**.

2. Respondents shall respond to the Petition [Doc. No. 1] **no later than March 10, 2026 by 5:00 p.m.**

3. Petitioner may reply to the response **no later than March 10, 2026 by 10:00 p.m.**

Dated: March 8, 2026

                                                     _____
                                                     SUSAN RICHARD NELSON,
                                                     UNITED STATES DISTRICT JUDGE