DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

File No: ▮▮▮▮ 550

Date: March 5, 2026

**To any immigration officer of the United States Department of Homeland Security:**

CARLOS ANTONIO FLORES-MIGUEL
_____
(Full name of alien)

who entered the United States at   Unknown Place   on   Unknown Date
                                   (Place of entry)         (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [ ] an immigration judge in exclusion, deportation, or removal proceedings
- [X] a designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

▮▮ FLORES   _(signature)_ / sDDO
(Signature of immigration officer)

(A) Field Office Director
(Title of immigration officer)

March 5, 2026, 11541 MONTANA AVE, EL PASO, TX, 79936
(Date and office location)

ICE Form I-205 (8/07)                                                                                   Page 1 of 2

To be completed by immigration officer executing the warrant: Name of alien being removed:
CARLOS ANTONIO FLORES-MIGUEL

**Port, date, and manner of removal:** _____

Photograph of alien removed

Right index fingerprint of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

ICE Form I-205 (8/07)                                          Page 2 of 2

U.S. Department of Homeland Security

**Notice of Intent/Decision to Reinstate Prior Order**

File No. ▮▮▮▮ 550

Date: **March 5, 2026**

Name: **CARLOS ANTONIO FLORES-MIGUEL**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _**Removal**_ entered against you. This intent is based on the following determinations:
(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on **September 27, 2016** at (Date)
   **LAREDO, TX** .
   (Location)

2. You have been identified as an alien who:

   ☒ was removed on **March 23, 2017** pursuant to an order of deportation / exclusion / removal.
         (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
                              (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **Unknown Date** at or near **Unknown Place**
                                                          (Date)                      (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language.*

**LOZANO,** ▮▮▮▮
(Printed or typed name of official)

_____ (Signature of officer)

**Deportation Officer**
(Title of officer)

### Acknowledgment and Response

I ☐ do   ☐ do not  wish to make a statement contesting this determination.

_____ (Date)                             _____ (Signature of Alien)

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**March 5, 2026**          **EL PASO , TEXAS**
(Date)                      (Location)

**GONZALEZ,** ▮▮▮▮
(Printed or typed name of official)

_____ (Signature of authorized deciding official)

**SDDO**
(Title)

Form I-871 (Rev. 08/01/07)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

Event No: EPC2603000074

A-File Number: ▓▓▓▓ 550

Date: 03/05/2026

Alien's name: CARLOS ANTONIO FLORES-MIGUEL

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

- ☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

- ☐ For a period of 10 years from the date of your departure from the United States because you have been found:
  - ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
  - ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  - ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

- ☒ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  - ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  - ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  - ☒ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

- ☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

**SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

▓▓▓ LOZANO _____   Deportation Officer _____
(Signature of officer serving warning)   (Title of officer)   (Location of DHS office)

DHS Form I-294 (3/12)   Page 1 of 1