**U.S. Department of Homeland Security**   Subject ID : 401710037

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| FLORES-MIGUEL, CARLOS ANTONIO | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| EL SALVADOR | | 209 428 550 | 66 | 145 | NOT |

U.S. Address: 8915 MONTANA AVE EL PASO, TEXAS, 79925, UNITED STATES

Scars and Marks:

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single  ☐ Divorced ☐ Married  ☐ Widower ☐ Separated |
|---|---|---|---|
| Unknown Date Unknown Time, | | | |

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension: CA

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 01/24/1983   Age: 43 | 03/05/2026 | EPC/ELP | See I-831 | 03/05/2026 19:18 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| SAN SALVADOR, EL SALVADOR | | | LOZANO |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record | |
|---|---|---|
| NEGATIVE | See Narrative | |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)

Number and Nationality of Minor Children: 2-UNITED STATES

Father's Name, Nationality, and Address, if Known: FLORES-IRAETA, GUADALUPE OVIDIO NATIONALITY: EL SALVADOR

Mother's Present and Maiden Names, Nationality, and Address, if Known: CRUZ-MIGUEL, MARIA NATIONALITY: EL SALVADOR

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|
| None Claimed | | | |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | See Narrative | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

[photo]

FAMILY INFORMATION
--------------------
Father: FLORES-IRAETA, GUADALUPE is a citizen of EL SALVADOR.
Mother: CRUZ-MIGUEL, MARIA is a citizen of EL SALVADOR.
Spouse: Subject is not married.
Son: FLORES PALACIOS, CARLOS EMANUEL is a citizen of UNITED STATES.
Son: FLORES PALACIOS, CARLOS EMANUEL is a citizen of UNITED STATES.

SUBJECT HEALTH STATUS
---------------------   ...(CONTINUED ON I-831)

Alien has been advised of communication privileges   3/5/26  l. C   (Date/Initials)

LOZANO
Deportation Officer
(Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer:   LOZANO
on: March 5, 2026   Time:
Disposition: REINSTATEMENT OF DEPORT ORDER I-871
Examining Officer: GONZALEZ,   L

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>FLORES-MIGUEL, CARLOS ANTONIO | File Number<br>209 428 550 | Date<br>03/05/2026 |

The subject claims good health.

CURRENT CRIMINAL CHARGES
------------------------
03/05/2026 - 8 USC 1326 - RE-ENTRY OF REMOVED ALIENS 03/05/2026 - 18 USC 1114 - PROTECTION OF OFFICERS AND EMPLOYEES OF THE UNITED STATES

RECORDS CHECKED
---------------
EARM checked on 03/05/2026 with Positive result. NCIC checked on 03/05/2026 with Positive result.

TYPE OF EMPLOYMENT
------------------
Occupation Not Reported

ARRESTED AT/NEAR
----------------
8915 MONTANA AVE, EL PASO, TEXAS, 799251212, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
Narrative 1 : Created Date: 03/06/2022 09:17 AM
SYNOPSIS:
On 03/01/2022 the subject was encountered at the East Hidalgo Detention Center in La Villa, TX. During the initial interview, the subject claimed to be an undocumented alien from El Salvador illegally present in the United States. The subject was then turned over to McAllen, Border Patrol Station agents and transported to the RGV/CPC in McAllen, Texas for processing. The subject was arrested and convicted for 8 USC 1326 RE-ENTRY WITHOUT INSPECTION, TIME OR PLACE NOT DESIGNATED. The subject was sentenced and served 03/01/2022 in McAllen, Texas.

ENCOUNTER / ARREST:
McAllen, Texas Border Patrol Agent apprehended the subject, identified as FLORES-MIGUEL, CARLOS ANTONIO , A# 209 428 550, near Hidalgo, Texas. Upon questioning, subject readily admitted to being a citizen and national of El Salvador and to not being in possession of any immigration documents that would allow the subject to be or remain in the United States. Subject was transported to the McAllen Border Patrol Station for processing.

ENTRY DATA:
Subject freely admitted to last entering the United States on 10/17/2021, by across the Rio Grande River approximately 6.56 west of the Hidalgo, Texas, Port of Entry.

ADVISEMENT OF MIRANDA WARNING:
Subject was advised of the Miranda Warning as per Service Form I-214. Subject stated that he understood his rights. Subject agreed to freely answer all questions without the presence of an attorney and indicated agreed by signing Service Form I-214. Subject stated that he willing to sign the forms presented to him. The subject confirmed that his name and date of birth were printed correctly on the forms presented to him.

INADMISSABILITY:
Subject is a native and citizen of El Salvador and freely admitted having entered the United States illegally by across the Rio Grande River at a place not designated as a port of Entry by the Attorney General of the United States, and or the Secretary of Homeland Security, successor, and thus was not admitted, inspected, or paroled into the United States by a U.S.

| Signature<br>▇▇▇ LOZANO | Title<br>Deportation Officer |
|---|---|

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>FLORES-MIGUEL, CARLOS ANTONIO | File Number<br>209 428 550 | Date<br>03/05/2026 |

Immigration Officer.

Subject is an immigrant not in possession of a valid un-expired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act. Subject has no pending applications with the Bureau of Citizenship and Immigration Service and no petitions on file.

TRAVEL DATA:
Subject used the bus as his primary method of travel to the Mexican border town of Reynosa, Tamaulipas Mexico. Subject states he stayed for several days in Reynosa before illegally entering into the United States

CRIMINAL HISTORY:
Subject's fingerprints were submitted to the IDENT/IAFIS fingerprint databases which discovered prior criminal and immigration histories recorded under A# 209 428 550 and FBI# . Criminal history checks conducted by Border Patrol Agents in McAllen, Texas, discovered the following criminal history under the above FBI number.

Arrest: 12/06/2016
Agency: TXCBP0600 CUST-BOR PAT FALFURRIAS
Charge: 8 USC 1326 ILLEGAL RE ENTRY AFTER DEPORT
Disposition: CONVICTED - 02-24-2017
Sentence: 80 DAYS IMPR (TIME SERVED) W/NO TSR TO FOLLOW; $100 SPECIAL ASSESSMENT FEE)

RECORDS CHECKS:
Revealed the following (A# 550) and          .

IMMIGRATION HISTORY:
Decision Date: 09/27/2016
Place Ordered: Weslaco, Texas
Removed: 10/11/2016
Place Departed: Laredo, TX to El Salvador

IMMIGRATION HISTORY:
Subject's fingerprints were submitted to the IDENT/IAFIS fingerprint databases. IDENT/IAFIS show that the subject was previously removed under           550.

Decision Date: 09/27/2016
Place Ordered: Weslaco, Texas
Removed: 10/11/2016
Place Departed: Laredo, TX to El Salvador

MOTIVATION:
Subject stated that the motivation for coming to the U.S. was to seek employment and reside in Atlanta, Georgia.

CREDIBLE FEAR STATEMENT:
Subject was questioned using CBP Form I-215 (Record of Sworn Statement) regarding fear of being returned to subject's country of origin.

CONSULATE RIGHTS/NOTIFICATION:
Subject was also notified of the right to call a representative from the consulate and agreed to do so at this time.

HEALTH SCREEN:

| Signature<br>        LOZANO | Title<br>Deportation Officer |
|---|---|

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>FLORES-MIGUEL, CARLOS ANTONIO | File Number<br>209 428 550 | Date<br>03/05/2026 |

Subject appears to be in good health.

TERRORIST OR GANG/ORGANIZED CRIME AFFILIATIONS:
Subject was interviewed and record checks were completed on subject. Subject is a verified MS-13 gang member.

DISPOSITION:
Subject was processed for 8 USC 1231 Reinstatement of Removal and will be held pending an appearance before the U.S. Magistrate for prosecution.

\*\*\*\*\*\*\*\*ADDENDUM\*\*\*\*\*\*\*\*\*

On 03/05/2026 subject was released from West Texas after time served for the following charge. 18 USC 111. Subject will be transferred to SPC for further processing.
FLORES-MIGUEL has no petitions pending that allows him to be or remain present in the United States.

FLORES-MIGUEL claims to be in good health
FLORES-MIGUEL was interviewed and record checks were completed on subject. Subject is a verified MS-13 gang member
FLORES-MIGUEL was advised of his right to speak with a Consular Officer from his native country of EL SALVADOR.
FLORES-MIGUEL was provided a telephone call.
FLORES MIGUEL has 0 USD on his person.

DNA SAMPLING/COLLECTION Pursuant to 34 U.S.C. 40702(a)(5), a DNA sampling was obtained from this subject on 03/05/2026 at 1900 hrs. using Buccal Swab sampling (Sample# F4899462). Form FD-936,
"Request for National DNA Database Entry Form", was automatically populated from this EAGLE Event and is to be included with the DNA sample in the return envelope to the FBI's Federal DNA Database Unit. MARTINEZ WAS ELECTRONICALLY BOOKED.

OTHER IDENTIFYING NUMBERS
-------------------------
ALIEN-209428550

..COMMENT: U.S. DISTRICT COURT DISTRICT OF MINNESOTA

| Signature<br>LOZANO | Title<br>Deportation Officer |
|---|---|

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)