UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 26-cv-00469-SRN-EMB

| | |
|---|---|
| Carlos Antonio FLORES-Miguel ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Pamela Bondi, Attorney General, et al; ) <br> ) <br> Respondents. ) <br> ) | **DECLARATION OF DEPORTATION OFFICER ANGELA MINNER** |

Angela Minner, Deportation Officer, United States Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS), for her declaration under 28 U.S.C. § 1746 hereby states as follows:

1. The following declaration is based on a review of electronic records, documents from Petitioner's alien file, official records checks, and information relayed to me by other officials, and the information contained herein is true and accurate to the best of my knowledge.

2. I am and have been employed with DHS and the Department of Justice (DOJ) since October 20, 2002. I began my career as an Immigration Inspector with the former Immigration and Naturalization Service (INS). The position and agency were later renamed to CBP Officer with Customs and Border Protection (CBP). Since November of 2009, I have served as a Deportation Officer (DO) with Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO).

3. As a Deportation Officer, my duties include: (1) arresting illegal aliens who are

removable from the United States; (2) processing illegal aliens who will be removed from the United States or placed into removal proceedings before an immigration judge; (3) monitoring illegal aliens' cases until removal; (4) handling matters related to the detention and release of aliens in ICE custody; (5) requesting travel documents and coordinating travel for illegal aliens ordered removed from the United States; and (6) presenting cases to the United States Attorney's Office for possible criminal prosecution. My duties may, at times, include other responsibilities related to the apprehension, arrest, and removal of illegal aliens, as needed.

4. Carlos Antonio FLORES-Miguel (Hereinafter referred to as "Petitioner") is a citizen and national of El Salvador no claim to U.S. Citizenship or Lawful Permanent Residence. Petitioner entered the U.S. at an unknown time and place, without inspection.

5. On October 11, 2016, Petitioner was removed from the U.S. to El Salvador.

6. Petitioner subsequently re-entered the U.S. without inspection.

7. On March 1, 2017, Petitioner was convicted in the U.S. District Court, Southern District of Texas of Illegal Reentry after Removal under 8 USC 1326(a) and sentenced to time served.

8. On March 23, 2017, Petitioner was removed from the U.S. to El Salvador.

9. Petitioner subsequently re-entered the U.S. without inspection and was apprehended by U.S. Border Patrol (USBP) on or about October 17, 2021. USBP arrested Petitioner and processed him by Reinstatement of Prior Order of Removal.

10. On March 1, 2022, Petitioner was convicted in the U.S. District Court, Southern District of Texas of Illegal Reentry after Removal under 8 USC 1326(a) and (b) and

sentenced to 135 days or time served.

11. On or about March 9, 2022, Petitioner was turned over to ICE custody after federal prosecution for 8 USC 1326.  Petitioner claimed fear of return to El Salvador.  ICE/ERO referred Petitioner for a credible fear interview.

12. On or about April 5, 2022, Petitioner had a reasonable fear interview and reasonable fear of torture was established.

13. On or about April 8, 2022, Petitioner's case was referred to an immigration judge.

14. On December 27, 2022, an immigration judge at Jena, Louisiana granted Petitioner Deferral of Removal under the Convention Against Torture for El Salvador.  Attached as **Exhibit A** to this declaration is a true and accurate copy of the immigration judge's order.

15. On December 29, 2022, ICE/ERO released Petitioner from custody.

16. On January 20, 2026, ICE/ERO arrested Petitioner during Operation Metro Surge as a targeted arrest.

17. On or about January 21, 2026, Petitioner was transferred to El Paso Camp East Montana in El Paso, Texas due to a shortage of available detention bed space in Minnesota.

18. On January 26, 2026, Petitioner was released from ICE custody and turned over to Homeland Security Investigations for a criminal warrant related to a violation.

19. On March 5, 2026, Petitioner was returned to ICE custody at El Paso Camp East Montana in El Paso, TX.

20. On March 10, 2026, Petitioner was transferred back to Minnesota and as of the writing of this declaration is pending transportation to the Sherburne County Jail in Elk River, MN.

21. Since Petitioner has relief from removal to El Salvador, ICE/ERO will pursue third country removal efforts. Mexico currently accepts nationals of several Western-Hemisphere countries, including El Salvador, for removal. ICE/ERO plans to pursue removal of Petitioner to Mexico via proper lawful third-country removal protocols as soon as the injunction may be lifted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

Angela Minner, Deportation Officer
U.S. Immigration and Customs Enforcement

DATED: March 10, 2026