CASE 0:26-cv-00469-SRN-EMB   Doc. 30-1   Filed 03/10/26   Page 1 of 2



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**LASALLE IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name:<br>FLORES-MIGUEL, CARLOS ANTONIO<br><br>To:<br><br>Kent, Christopher Tyler<br>571 Highway 51<br>Suite B<br>Ridgeland, MS 39157 | A-Number:<br> 209428550<br><br>Riders:<br>In Withholding Only Proceedings<br>Initiated by the Department of Homeland Security<br>Date:<br>12/27/2022 |

## ORDER OF THE IMMIGRATION JUDGE

☒ This is a summary of the oral decision entered on   12/27/2022.

☐ Both parties waived the issuance of a formal oral decision in this proceeding.

The noncitizen's request for:

☒ Withholding of Removal under Immigration and Nationality Act § 241(b)(3) is:
   ☐ granted  ☒ denied  ☐ withdrawn.

☒ Withholding of Removal under the Convention Against Torture is:
   ☐ granted  ☒ denied  ☐ withdrawn.

☒ Deferral of Removal under the Convention Against Torture is:
   ☒ granted  ☐ denied  ☐ withdrawn.

Immigration Judge: MUNSON, ANGELA  12/27/2022

| Appeal: | Department of Homeland Security: | ☐ waived | ☒ reserved |
|---|---|---|---|
| | Respondent: | ☒ waived | ☐ reserved |

Appeal Due: 01/27/2023

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [  ] Noncitizen | [  ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : FLORES-MIGUEL, CARLOS ANTONIO | A-Number : 209428550

Riders:

Date: 12/28/2022   By: Doughty, Taylor , Court Staff