UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-00469-SRN-EMB

Carlos Antonio Flores Miguel,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

FEDERAL RESPONDENTS'
STATUS UPDATE

The Federal Respondents submit the following status update. We have attached a declaration received from our Client, following submission of our Response. Additionally, we would like to put the Court on notice that Petitioner has been brought back to Minnesota, based on my conversation with OPLA. It was confirmed to me that he was brought to Whipple at 14:13/2:13 PM CST, and Opposing Counsel has been contacted by email (at 17:20 CST) and text (17:17 CST).

March 10, 2026

DANIEL N. ROSEN
United States Attorney

  s/ Matt Isihara

BY: SAUSA Matthew Isihara
Special Assistant United States Attorney
Attorney ID Number 422257
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600