UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
File No. 26-cv-00469 (SRN/EMB)

Carlos Antonio Flores Miguel,

Petitioner,

v.

David Easterwood, *et al.,*

Respondents.

**FEDERAL RESPONDENTS'
MOTION TO DISMISS
OR TRANSFER**

Federal Respondents put the Court on notice that Petitioner has been released from custody, on the attached OSUP. Counsel requests that the Court reach out if the Court has any further questions following Petitioner's release. Counsel has furthermore consulted with Petitioner's Counsel on this matter.

Dated: March 15, 2026

DANIEL N. ROSEN
United States Attorney

  *s/ Matthew Isihara*

BY:  MATTHEW F. ISIHARA
Assistant United States Attorney
Bar Number (Georgia): 422257
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600
Matthew.Isihara@usdsoj.gov