DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

File No.: 209 428 550

Name: FLORES-MIGUEL, CARLOS ANTONIO

Date: March 12, 2026

On _October 18, 2021_ , you were ordered:
(Date of Final Order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☑ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☑ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

☐ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

☑ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

☑ That you do not travel outside _MN, IA, ND, SD, NE_ for more than 48 hours without first having notified this
(Specify geographic limits, if any)
agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

☑ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.

☑ That you report in person on _06/04/2026 10:00 AM_ to this agency office at:
(Date/Time)

See I-831

_____
(Reporting Address)

☐ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

☐ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

WILLIAMS, J. 6602 - SDDO

_____
(Signature of ICE Official)

_____
(Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _SPANISH_ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

HERMOSILLA, RUDOLFO

Deportation Officer

_____
(Signature of ICE Official Serving Order)

_____
(Signature of Alien)

03/12/2026
(Date)

ICE Form I-220B (10/20)

Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (CONTINUATION PAGE)

| Alien Name | Picture | Right Index Print |
|---|---|---|
| FLORES-MIGUEL, CARLOS ANTONIO | | |

| File Number | Date |
|---|---|
| 209 428 550 | March 12, 2026 |

Alien's Signature

Alien's Telephone Number (if any)

Alien's Address
1440 10th Ave
Newport   MINNESOTA   55055

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| HERMOSILLA, RUDOLFO | Deportation Officer |

ICE Form I-220B (10/20)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (ADDENDUM)

File No.: 209 428 550

Name: FLORES-MIGUEL, CARLOS ANTONIO

Date: March 12, 2026

- [■] That you do not associate with know gang members, criminal associates, or be associated with any such activity.

- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

- [■] That you do not commit any crimes while on this Order of Supervision.

- [ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

- [ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

- [■] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

- [■] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

- [■] Any violation of the above conditions will result in revocation of your employment authorization document.

- [■] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

- [ ] Other:

X _____
Alien's Signature

ICE Form I-220B (10/20)

U.S. Department of Homeland Security                  Continuation Page for Form I-220B

| Alien's Name | File Number | Date |
|---|---|---|
| FLORES-MIGUEL, CARLOS ANTONIO | 209 428 550<br>Event No: EPC2603000074 | 03/12/2026 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------------
DOCKET CONTROL OFFICE ST. PAUL
1 FEDERAL DRIVE STE 1640
FORT SNELLING MN, 55111

| Signature | Title |
|---|---|
| HERMOSILLA, RUDOLFO | Deportation Officer |

<u>5</u> of <u>5</u> Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (OUTPROCESSING CHECKLIST)

**All Aliens**

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT

☐ NCIC Check

☐ Travel Document Application

**Sex Offenders**

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

**Substance Abusers**

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

| Completed By | |
|---|---|
| ICE Official<br>HERMOSILLA, RUDOLFO | Date<br>03/12/2026 |

| Concurrence By | |
|---|---|
| Supervisory ICE Official<br>WILLIAMS, J. 6602 | Date<br>03/12/2026 |

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# WARNING FOR FAILURE TO COMPLY WITH TERMS OF SUPERVISED RELEASE

| Name | Field Office | File # |
|---|---|---|
| FLORES-MIGUEL, CARLOS ANTONIO | SPM-T | 209 428 550 |

Section 243(b) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

An alien who shall willfully fail to comply with regulations or requirements issued pursuant to section 241(a)(3)* or knowingly give false information in response to an inquiry under such section shall be fined not more than $1000 or imprisoned for not more than one year, or both.

*Section 241(a)(3) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

If the alien does not leave or is not removed within the removal period, the alien, pending removal, shall be subject to supervision under regulations prescribed by the Attorney General. The regulations shall include provisions requiring the alien—

(A)   to appear before an immigration officer periodically for identification;
(B)   to submit, if necessary, to a medical and psychiatric examination at the expense of the United States Government;
(C)   to give information under oath about the alien's nationality, circumstances, habits, associations, and activities, and other information the Attorney General considers appropriate; and
(D)   to obey reasonable written restrictions on the alien's conduct or activities that the Attorney General prescribes for the alien.

| Date Order Final | Ordered Removed under Section |
|---|---|
| October 18, 2021 | 8 USC 1326;18 USC 1114 |

## Record of Service
### (Check method used)

☒ **Record of Personal Service**

| Served By (Print Name and Title of Officer) | | Date |
|---|---|---|
| RUDOLFO HERMOSILLA, Deportation Officer | | March 12, 2026 |

| Officer's Signature | Location of Service |
|---|---|
| | DOCKET CONTROL OFFICE ST. PAUL 1 FEDERAL DRIVE STE 1640 FORT SNELLING, MINNESOTA, 55111 |

| Served On: (Alien's Signature) | | Date |
|---|---|---|
| | | March 12, 2026 |

☐ **Certified Mail Service** | **Fingerprint of Alien (Specify finger used)**

**Attach certified mail receipts here.**

RIGHT INDEX

ICE Form I-229B (4/09)                                                     Page 1 of 1



Enforcement and Removal Operations

U.S. Department of Homeland Security
1 Federal Drive, Suite 1640
Fort Snelling, MN 55111

**U.S Immigration
and Customs
Enforcement**

Fecha: 3/12/26

## Recibo de propiedad en el momento de la liberación

He verificado que mi propiedad contiene todos los artículos. Si falta alguno, indíquelo a continuación. Si la propiedad está completa, escriba "NA" en el espacio a continuación.

Passport returned.

Flores-Miguel, Carlos A209428550
_____
Detainee Name/Alien number

RRD02696   DO
_____
Name and title of ICE official

www.ice.gov

**Sherburne County Jail**
Inmate Trust Account
13880 BUSINESS CENTER DRIVE
ELK RIVER, MN 55330

THE BANK OF ELK RIVER
ELK RIVER, MN 55330
75-383-919

06-700/5158

35394

03/12/2026

Pay to the
Order of:    **Carlos Antonio Flores-Miguel**                                     $944.70

Nine Hundred Forty-Four and 70/100                                    **Dollars**

NOT VALID AFTER 90 DAYS

Memo: Ice bond out

⑈35394⑈ ⑆091903831⑆                    ⑆28928⑈

---

Inmate ID: 34053                                              35394

Account Name: Trust for Flores-Miguel, Carlos

Date: March 12, 2026

Timestamp: 3/12/2026 1:45:58 PM

Amount: 944.70