UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-00469-SRN-EMB

Carlos Antonio Flores Miguel,

          Petitioner,

   v.

Pamela Bondi, *et al.,*

          Respondents

**FEDERAL RESPONDENTS'
SUPPLEMENTAL STATUS
UPDATE**

Respondents' Counsel provides the following supplemental status update to the Court: Mr. Flores Miguel was released from custody on 3/12/2026 at 17:29 from the Whipple facility in St. Paul, Minnesota.

March 16, 2026

DANIEL N. ROSEN
United States Attorney

  *s/ Matt Isihara*

BY: SAUSA Matthew Isihara
Special Assistant United States Attorney
Attorney ID Number 422257
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

2

(612) 664-5600

2